UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 24-7909-GW-KSx | Date | March 21, 2025 |
|---|---|---|---|
| Title | *Oscar Magallanes v. Mariscos El Palmar, LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On March 20, 2025, Plaintiff Oscar Magallanes filed a Notice of Settlement [30]. The Court vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for April 24, 2025 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on April 22, 2025.

|  |  | : |  |
|---|---|---|---|
|  | Initials of Preparer | JG | |